AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
AUG - 8 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:18MJ389 |
| Ammar Atef Alahdali | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 2017 through October 2017 in the county of Arlington in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jeffrey F. Collins, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/08/2018

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge